**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-6003**

─────────────

In Re: WAYNE C. JOHNSON,

                                          Petitioner.

─────────────

On Petition for Writ of Mandamus.  (CR-99-119)

─────────────

Submitted:  February 14, 2002      Decided:  February 27, 2002

─────────────

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

Wayne Johnson, Petitioner Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wayne Johnson has filed a petition for a writ of mandamus in this court seeking enforcement of a proposed order to release him from custody. Johnson drafted the order himself and attached it to a motion for summary judgment, which he filed in the district court on November 28, 2001. The proposed order was never executed by the district court.

The granting of a writ of mandamus is a drastic remedy to be used in extraordinary circumstances. See In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). A petitioner must show that he has a clear right to the relief sought, that the respondent has a clear duty to perform the act requested by petitioner, and that there is no other adequate remedy available. See In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Johnson has failed to make the requisite showing for such extraordinary relief. Moreover, our review of the district court docket sheet discloses that there has been no undue delay in considering his motion. Accordingly, we deny Johnson's petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED